NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-495

RICHARD W. HARMON AND PAM HARMON

VERSUS

REPUBLIC VANGUARD INSURANCE COMPANY, ET AL.

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-0727-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**********

NED E. DOUCET, JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges

WRIT DENIED.

John William Penny, Jr.
P. O. Box 2187
Lafayette, LA 70502
Counsel for Defendant-Appellant
    Republic Vanguard Insurance Company


Gregory Bryan Dean
P. O. Drawer 280
Opelousas, LA 70571-0280
Counsel for Plaintiffs-Appellees
    Pam Harmon and Richard W. Harmon

Steven Bernard Rabalais
701 Robley Drive, #210
Lafayette, LA 70503
Counsel for Defendants-Appellees
    Howard C. Dejean, Foret Noir Hunting Club, Shawn Dejean
    and Gulf Ins. Group